UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mattie Eby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10766-DRH |
| *Stephanie Nisan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10183-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 14, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:** April 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.15
10:47:03 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**